### B. R. FORMAN VS. WARRICK TUNSTALL ET AL.

GUNBY, J.   There is no rule of law, reason or courtesy, that requires a lawyer to render professional services for another lawyer for nothing; he is entitled to the same fees for work done for a lawyer as for any other client.

2.   The privilege given attorneys-at-law on judgments obtained by them under R. S. 128 (Act June 9th, 1868), does not apply to judgments obtained in the United States Circuit Court.   A privilege encumbers the thing on which it rests and may embarrass its ownership.   State legislatures can pass no law affecting the rights in or the enforcement of judgments in Federal Courts.

### G. A. RICHARDSON VS. URIAH FLOWERS.   E. P. FLOWERS, INTERVENOR.

GUNBY, J.   Where a sale is attacked as simulated, the burden of proof is on the vendee, if the vendor has remained in possession after the sale; otherwise, if the vendee has gone into possession.

2.   Where the witnesses swear positively to the *bona fides* of a transaction, the circumstantial evidence against them must be strong, clear and without a missing link, to overthrow their statements, however suspicious and interested they may be.

### V. & S. MEYER VS. W. D. BELL.

CLINTON, J.   The sheriff has no right to appoint deputies without the approval of the District Judge.

2.   Where the sheriff appoints the agent of the plaintiff in a suit as his deputy, to execute the writ in said suit, the proceeding is irregular, illegal and void.

3.   Where plaintiff's agent, having been appointed deputy and obtained a writ of provisional seizure, which he carries in his pocket for eighteen days, and then seizes defendant's property, the seizure will be set aside, and damages, actual and examplary, will be decreed against plaintiffs; a conservatory writ cannot be sued out in anticipation of its being needed.